David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LYNN D. TRAVERS,<br>　　　　　Plaintiff,<br>　　v.<br>STATE COLLECTION SERVICE, INC.; ALLIED COLLECTION SERVICES, INC.; GRANT & WEBER, INC.; WELLS FARGO HOME MORTGAGE; SILVER STATE SCHOOLS CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and INNOVOVIS DATA SOLUTIONS, INC.,<br>　　　　　Defendants. | Case No. 2:16-cv-1848-RFB-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME**<br><br>**(FIRST REQUEST)** |

　　　Plaintiff Lynn D. Travers, Defendant State Collection Service, Inc. ("State Collection"), Experian Information Solutions, Inc. ("Experian") and Trans Union, LLC ("Trans Union") agree to extend State Collection's deadline to plead or otherwise respond to Plaintiff's Complaint to October 18, 2016.

This is the first request for extension by State Collection, and is designed to permit the parties additional time to investigate the factual allegations of the Complaint and formulate a

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

response thereto.  It will not delay prosecution of this lawsuit.

    **IT IS SO STIPULATED.**

| Dated this 20th day of September, 2016 | Dated this 20th day of September, 2016 |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP  <br> _/s/ Jason Revzin_____ <br> Jason Revzin <br> 6385 S. Rainbow Blvd. <br> Suite 600 <br> Las Vegas, NV 89118 <br> Phone: (702) 893-3383 <br> Email: carrie.dunham@lewisbrisbois.com <br> *Attorney for Defendant Trans Union, LLC* | MAUPIN NAYLOR BRASTER <br> _/s/ Jennifer Braster_____ <br> Jennifer Braster <br> 1050 Indigo Drive, Suite 112 <br> Las Vegas, NV 89145 <br> Phone: (702) 420-7000 <br> Email: jbraster@naylorandbrasterlaw.com <br> *Attorney for Defendant Experian Information Solutions, Inc.* |
| Dated this 19th day of September, 2016 | Dated this 20th day of September, 2016 |
| BROOKS HUBLEY LLP <br> _/s/ Rami Hernandez_____ <br> Michael Brooks <br> Rami Hernandez <br> Brooks Hubley LLP <br> 1645 Village Center Circle, Suite 60 <br> Las Vegas, NV 89134 <br> Phone: (702) 851-1191 <br> Email: rhernandez@brookshubley.com <br> Email: efile@brookshubley.com <br> *Attorney for Defendant Silver State Schools Credit Union* | KNEPPER & CLARK LLC <br> _/s/ Miles Clark_____ <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br> Phone: (702) 825-6060 <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br> *Attorneys for Plaintiff* |
| Dated this 19th day of September, 2016 <br><br> STATE COLLECTION SERVICE, INC. <br> _/s/ Marc Soderbloom_____ <br> Marc Soderbloom <br> State Collection Services, Inc. <br> 2509 South Stoughton Road <br> Madison, WI 53716 <br> Phone: (800) 477-7474 x 467 <br> Email: marcs@stcol.com <br> *For State Collection Service, Inc.* | |

    **ORDER** <br>
    **IT IS SO ORDERED.**

_____ <br>
UNITED STATES MAGISTRATE JUDGE

Dated: September 23, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2016, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME (FIRST REQUEST)** was served via the U.S. District Court's electronic filing system to each of the following:

| | |
|---|---|
| Jason Revzin<br>Lewis Brisbois Bisgaard & Smith LLP<br>6385 S. Rainbow Blvd.<br>Suite 600<br>Las Vegas, NV 89118<br>Phone: (702) 893-3383<br>Fax: (702) 893-3789<br>Email: carrie.dunham@lewisbrisbois.com<br><br>*Attorney for Defendant Trans Union, LLC* | Michael Brooks<br>Rami Hernandez<br>Brooks Hubley LLP<br>1645 Village Center Circle, Suite 60<br>Las Vegas, NV 89134<br>Phone: (702) 851-1191<br>Fax: (702) 851-1198<br>Email: rhernandez@brookshubley.com<br>Email: efile@brookshubley.com<br><br>*Attorney for Defendant Silver State Schools Credit Union* |
| Jennifer Braster<br>Maupin Naylor Braster<br>1050 Indigo Drive, Suite 112<br>Las Vegas, NV 89145<br>Phone: (702) 420-7000<br>Fax: (702) 420-7001<br>Email: jbraster@naylorandbrasterlaw.com<br><br>*Attorney for Defendant Experian Information Solutions, Inc.* | David H. Krieger<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 383-5518<br>Email: dkrieger@hainesandkrieger.com<br><br>*Attorney for Plaintiff* |

        /s/ Miles N. Clark_____
        Knepper & Clark LLC