1

2

3

4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

| LYNN D. TRAVERS, | Case No. 2:16-cv-01848-RFB-PAL |

8

Plaintiff,

9

v.                                                **ORDER**

10

STATE COLLECTION SERVICE, INC., et al.

11

12

Defendants.

13      Before the court is the Notice of Settlement (ECF No. 31) between Plaintiff and Defendant

14   Trans Union, LLC.  The parties advise that a settlement has been reached.  They anticipate 60 days

15   to complete settlement documents and to file a stipulation to dismiss.

16      Accordingly,

17      **IT IS ORDERED** that Plaintiff and Defendant Trans Union, LLC shall have until **March**

18   **6, 2017**, to file a stipulation to dismiss, or a joint status report advising when the dismissal will be

19   received.

20      Dated this 9th day of January, 2017.

21

22                                                          _____

23                                                          PEGGY A. LEEN
                                                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28