David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LYNN D. TRAVERS,<br>　　　　Plaintiff,<br>　v.<br>STATE COLLECTION SERVICE, INC.; ALLIED COLLECTION SERVICES, INC.; GRANT & WEBER, INC.; WELLS FARGO HOME MORTGAGE; SILVER STATE SCHOOLS CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and INNOVOVIS DATA SOLUTIONS, INC.,<br>　　　　Defendants. | Case No. 2:16-cv-1848-RFB-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND WELLS FARGO HOME MORTGAGE** |

**NOTICE IS HEREBY GIVEN** that the dispute between Lynn Travers ("Plaintiff") and Wells Fargo Home Mortgage ("Settling Defendant") has been resolved on an individual basis. The parties anticipate filing a Stipulation of Dismissal of the Action as to Plaintiff's claims

- 1 -

against Settling Defendant, with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Settling Defendant be vacated and that the Court set a deadline sixty (60) days from present for filing a Dismissal as to Settling Defendant.

Dated: March 1, 2017

                                                Respectfully submitted,

*/s/ Miles Clark, Esq.*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Ste. 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff

IT IS ORDERED that the settling parties shall have until **May 2, 2017**, to file a stipulation to dismiss, or a joint status report indicating when the stipulation will be filed.

Dated this 6th day of March, 2017.

                                                Peggy A. Leen
                                                United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2017, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND WELLS FARGO HOME MORTGAGE** was served via the U.S. District Court's CM/ECF filing system to the following:

| | |
|---|---|
| Jennifer Braster<br>Maupin Naylor Braster<br>1050 Indigo Drive, Suite 112<br>Las Vegas, NV 89145<br>Phone: (702) 420-7000<br>Fax: (702) 420-7001<br>Email: jbraster@naylorandbrasterlaw.com<br><br>*Attorney for Defendant Experian Information Solutions, Inc.* | Michael Brooks<br>Rami Hernandez<br>Brooks Hubley LLP<br>1645 Village Center Circle, Suite 60<br>Las Vegas, NV 89134<br>Phone: (702) 851-1191<br>Fax: (702) 851-1198<br>Email: rhernandez@brookshubley.com<br>Email: efile@brookshubley.com<br><br>*Attorney for Defendant Silver State Schools Credit Union* |
| Tanya N. Lewis<br>Jeffrey L. Willis<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Pkwy.<br>Suite 1100<br>Las Vegas, NV 89169<br>Phone: (702) 784-5200<br>Fax: (702) 784-5252<br>Email: jwillis@swlaw.com<br>Email: tpeters@swlaw.com<br><br>*Attorneys for Defendant Wells Fargo Home Mortgage* | |

                                         /s/ Miles N. Clark
                                         Knepper & Clark LLC