Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com

Attorneys for Defendant
Experian Information Solutions, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LYNN D. TRAVERS,<br><br>Plaintiff,<br><br>v.<br><br>STATE COLLECTION SERVICE, INC; ALLIED COLLECTION SERVICES, INC; GRANT & WEBER, INC; WELLS FARGO HOME MORTGAGE; SILVER STATE SCHOOLS CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC; INNOVIS DATA SOLUTIONS, INC,<br><br>Defendants. | Case No. 2:16-cv-01848-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND POST-DISCOVERY DEADLINES** |

COMES NOW the parties, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On April 3, 2017, Plaintiff Lynn Travers ("Plaintiff") filed her Motion for Leave to File First Amended and Supplemental Complaint and to Stay All Case Deadlines Pending Resolution of the Motion (the "Motion to Amend and Stay") (ECF No. 48).

2. On April 17, 2017, Defendant Experian Information Solutions, Inc. ("Experian") filed its Opposition to Plaintiff's Motion for Leave to File First Amended and Supplemental Complaint (ECF No. 49) and Response to Plaintiff's Motion to Stay All Case Deadlines Pending

1. Resolution of Plaintiff's Motion for Leave to File First Amended and Supplemental Complaint ("Experian's Response to Stay") (ECF No. 50). In Experian's Response to Stay, Experian did not oppose, and agreed with, the proposed extension of the dispositive motion deadline only, currently set for May 4, 2017.

3. On April 18, 2017, Defendant Silver State Schools Credit Union ("SSSCU") filed a Joinder to Experian's Response to Stay ("SSSCU's Joinder") (ECF No. 53), agreeing with the proposed extension of the dispositive motion deadline currently set for May 4, 2017.

4. Currently, the Motion to Amend and Stay stands submitted. To prevent the incurrence of unnecessary attorneys' fees, costs, and to conserve judicial resources, the deadline for filing dispositive motions shall be 30 days after the Court rules on the Motion to Amend and Stay, or some later date should there be a further stipulation or order from the Court. The deadline for filing a pretrial order shall be 30 days after the dispositive motion deadline. This is the parties' second request for an extension of the dispositive motion and pretrial order deadlines, and is only being requested to avoid unnecessary briefing in light of the pending Motion to Amend and Stay.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

5. This stipulation is without prejudice to the arguments and positions taken by the parties in their respective briefing relating to the Motion to Amend and Stay.

**IT IS SO STIPULATED.**

Dated: April 28, 2017

| | |
|---|---|
| NAYLOR & BRASTER | PAYNE LAW FIRM LLC |
| By: */s/ Jennifer L. Braster*<br>    Jennifer L. Braster<br>    Nevada Bar No. 9982<br>    1050 Indigo Drive, Suite 200<br>    Las Vegas, NV  89145 | By: */s/ Sean Payne*<br>    Sean N. Payne, Esq.<br>    Nevada Bar No. 13216<br>    9550 S. Eastern Ave., Suite 253-A213<br>    Las Vegas, NV 89123<br>    Email: seanpayne@spaynelaw.com |
| *Attorneys for Defendant Experian Information Solutions, Inc.* | Matthew I. Knepper (NBN 12796)<br>Miles N. Clark (NBN 13848)<br>KNEPPER & CLARK, LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129 |
| BROOKS HUBLEY LLP | |
| By: */s/ Ramir M. Hernandez*<br>    Michael R. Brooks (NBN 7287)<br>    Ramir Mitchell Hernandez (NBN 13147)<br>    1645 Village Center Circle, Suite 200<br>    Las Vegas, NV 89134 | David H. Krieger<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV  89123 |
| *Attorneys for Silver State Schools Credit Union* | *Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

Dated: April 28, 2017

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

3 of 3