Michael R. Brooks, Esq.
Nevada Bar No. 7287
mbrooks@brookshubley.com
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
rhernandez@brookshubley.com
BROOKS HUBLEY, LLP
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
Tel: (702) 851-1191 | Fax: (702) 851-1198
*Attorneys for Defendant Silver State Schools Credit Union*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LYNN D. TRAVERS,<br><br>Plaintiff,<br><br>v.<br><br>STATE COLLECTION SERVICE, INC.; ALLIED COLLECTION SERVICES, INC.; GRANT & WEBER, INC.; WELLS FARGO HOME MORTGAGE; SILVER STATE SCHOOLS CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; INNOVIS DATA SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01848-RFB-PAL<br><br>**STIPULATION AND ORDER TO RESCHEDULE HEARING SET FOR MAY 8, 2017** |

Plaintiff Lynn Travers; Defendant Experian Information Solutions, Inc. ("**Experian**"); Defendant Wells Fargo Bank, N.A. ("**Wells Fargo**"); and Defendant Silver State Schools Credit Union ("**SSSCU**") hereby stipulate and request that the Court reschedule the hearing (ECF No. 59) on the Motions to Dismiss Complaint set in this matter for May 8, 2017, at 4:15 p.m., to another date and time as counsel for both SSSCU and Experian are unavailable to attend a hearing on that date.

Page **1** of **3**

1200-0251/239460

The parties also respectfully request that the hearing be set for May 10, 2017, as all parties have indicated that they are available on that date, or for another date and time as this court deems appropriate.

DATED this 3rd day of May, 2017

**KNEPPER & CLARK**
**PAYNE LAW FIRM LLC**

By: */s/ Sean N. Payne*
Sean N. Payne, Esq.
Nevada Bar. No. 13216
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
*Attorney for Plaintiff*

DATED this 3rd day of May 2017

**BROOKS HUBLEY, LLP**

By: */s/ Ramir M. Hernandez*
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
1645 Village Center Circle, Ste. 60
Las Vegas, Nevada 89134
*Attorney for Defendant SSSCU*

DATED this 3rd day of May, 2017

**NAYLOR & BRASTER**

By: */s/Jennifer Braster*
Jennifer Braster, Esq.
Nevada Barn No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Dr., Suite. 200
Las Vegas, NV 89145
*Attorneys for Defendant Experian Information Solutions, Inc.*

DATED this 3rd day of May, 2017

**SNELL & WILMER, LLP**

By: */s/ Tanya N. Lewis*
Tanya N. Lewis
Nevada Bar No. 8855
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
*Attorney for Defendant Wells Fargo Bank, N.A.*

**IT IS SO ORDERED …**

Per the stipulation of the parties, the hearing set for May 8, 2017, at 4:15 p.m. is hereby rescheduled to __May 17, 2017__ at __4:00__ a.m./p.m.

DATED this __4th__ day of __May__, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Page **2** of **3**

1200-0251/239460

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2017, I served the above and foregoing **STIPULATION AND ORDER TO CONTINUE HEARING SET FOR MAY 8, 2017** on the parties that have appeared in this matter via the CM/ECF Pacer System.

David H. Krieger, Esq.   dkrieger@hainesandkrieger.com

Miles N. Clark, Esq.   miles.clark@knepperclark.com

Matthew I. Knepper, Esq.   matthew.knepper@knepperclark.com

Sean N. Payne, Esq.   seanpayne@spaynelaw.com

Jennifer L. Braster, Esq.   jbraster@naylorandbrasterlaw.com

Andrew J Sharples, Esq.   asharples@naylorandbrasterlaw.com

Tanya N. Lewis, Esq.   tpeters@swlaw.com

Jeffrey L. Willis, Esq.   jwillis@swlaw.com

By:   */s/ JoLynne Shaffer*
An Employee of Brooks Hubley, LLP

1200-0251/239460