Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LYNN D. TRAVERS,<br>　　　　Plaintiff,<br>　　v.<br>STATE COLLECTION SERVICE, INC.; ALLIED COLLECTION SERVICES, INC.; GRANT & WEBER, INC.; WELLS FARGO HOME MORTGAGE; SILVER STATE SCHOOLS CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and INNOVOVIS DATA SOLUTIONS, INC.,<br>　　　　Defendants. | Case No. 2:16-cv-1848-RFB-PAL<br><br>**STIPULATION OF DISMISSAL OF WELLS FARGO HOME MORTGAGE, PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Wells Fargo Home Mortgage, from the above captioned action, with prejudice.

/ / /

- 1 -

Each party will bear its own fees and costs.

Dated: June 15, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Tanya N. Lewis* |
| Matthew I. Knepper, Esq. | Tanya N. Lewis, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 8855 |
| Miles N. Clark, Esq. | Jeffrey L. Willis, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 4797 |
| KNEPPER & CLARK LLC | SNELL & WILMER LLP |
| Email: matthew.knepper@knepperclark.com | 3883 Howard Hughes Pkwy., |
| Email: miles.clark@knepperclark.com | Suite 1100 |
| | Las Vegas, NV 89169 |
| David H. Krieger, Esq. | Office: 702-784-5200 |
| Nevada Bar No. 9086 | Email: tpeters@swlaw.com |
| HAINES & KRIEGER, LLC | Email: jwillis@swlaw.com |
| Email: dkrieger@hainesandkrieger.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Wells Fargo Home Mortgage* |
| /s/ *Jennifer L. Braster* | /s/ *Ramir M. Hernandez, Esq.* |
| Jennifer L. Braster, Esq. | Ramir M. Hernandez, Esq. |
| Nevada Bar No. 9982 | Brooks Hubley, LLP |
| Andrew J Sharples, Esq. | 1645 Village Center Circle |
| Nevada Bar No. 12866 | Suite 200 |
| NAYLOR & BRASTER | Las Vegas, NV 89134 |
| 1050 Indigo Drive, Suite 200 | |
| Las Vegas, NV 89145 | *Counsel for Defendant* |
| Email: jbraster@naylorandbrasterlaw.com | *Silver State Schools Credit Union* |
| | |
| *Counsel for Defendant* | |
| *Experian Information Solutions, Inc.* | |

**ORDER**

**IT IS SO ORDERED**

_____.
RICHARD F. BOULWARE, II
United States District Judge
DATED this  20th day of ___June___ 2017.