Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LYNN TRAVERS,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLIED COLLECTION SERVICES, INC.; GRANT & WEBER, INC.; EXPERIAN INFORMATION SOLUTIONS, INC., SILVER STATE SCHOOLS CREDIT UNION, AND WELLS FARGO HOME MORTGAGE,<br><br>    Defendant | Case No.: 2:16-CV-1848-RFB-PAL<br><br>**NOTICE OF SUGGESTION OF DEATH PURSUANT TO FRCP 25** |

/ / /

NOTICE OF SUGGESTION OF DEATH PURSUANT TO FRCP 25

Pursuant to Federal Rule of Civil Procedure 25, counsel for Plaintiff Lynn Travers files a suggestion of death. Plaintiff's counsel was advised of the fact that Plaintiff had passed away on Monday, March 19, and on Thursday, March 22 was provided with a copy of a death certificate attached at **Exhibit 1**. Plaintiff's counsel are in the process of arranging a substitution of a real party in interest pursuant to FRCP 25 and request 90 days from today's date to file an appropriate motion to substitute.

Dated this 22nd day of March, 2018.

/s/ *Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IT IS SO ORDERED** this 30th day of March, 2018.

Peggy A. Leen
United States Magistrate Judge

NOTICE OF SUGGESTION OF DEATH PURSUANT TO FRCP 25

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2018, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SUGGESTION OF DEATH PURSUANT TO FRCP 25** was served via the U.S. District Court's CM/ECF electronic filing system to all persons designated to receive notice of the same.

/s/ Miles N. Clark
KNEPPER & CLARK LLC

NOTICE OF SUGGESTION OF DEATH PURSUANT TO FRCP 25

**EXHIBIT 1**

DEATH CERTIFICATE FOR LYNN TRAVERS

# STATE OF NEVADA
## CERTIFICATION OF VITAL RECORD

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**DIVISION OF PUBLIC AND BEHAVIORAL HEALTH**
**VITAL STATISTICS**

### CERTIFICATE OF DEATH

CASE FILE NO. 4000852 | STATE FILE NUMBER 2018002030

TYPE OR PRINT IN PERMANENT BLACK INK

**DECEDENT**
- 1a. DECEASED-NAME (FIRST, MIDDLE, LAST, SUFFIX): Lynn Dolores TRAVERS
- 2. DATE OF DEATH: January 24, 2018
- 3a. COUNTY OF DEATH: Clark
- 3b. CITY, TOWN, OR LOCATION OF DEATH: Henderson
- 3c. HOSPITAL OR OTHER INSTITUTION: Henderson Hospital
- 3e. If Hosp. or Inst. indicate DOA, OP/Emer. Rm. Inpatient(Specify): Inpatient
- 4. SEX: Female
- 5. RACE: White
- 6. Hispanic Origin: No – Non-Hispanic
- 7a. AGE-Last birthday (Years): 66
- 8. DATE OF BIRTH: December 11, 1951
- 9a. STATE OF BIRTH: California
- 9b. CITIZEN OF WHAT COUNTRY: United States
- 10. EDUCATION: 18
- 11. MARITAL STATUS: Divorced
- 12. SURVIVING SPOUSE'S NAME: 
- 13. SOCIAL SECURITY NUMBER: 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
- 14a. USUAL OCCUPATION: Guidance Counselor
- 14b. KIND OF BUSINESS OR INDUSTRY: Education
- Ever in US Armed Forces?: No
- 15a. RESIDENCE - STATE: Nevada
- 15b. COUNTY: Clark
- 15c. CITY, TOWN OR LOCATION: Henderson
- 15d. STREET AND NUMBER: 240 Honeywood Street
- 15e. INSIDE CITY LIMITS: Yes

**PARENTS**
- 16. FATHER/PARENT - NAME: Francis James TRAVERS
- 17. MOTHER/PARENT - NAME: Donna WATROUS
- 18a. INFORMANT-NAME: Toni GOZ
- 18b. MAILING ADDRESS: 240 Honeywood Street Henderson, Nevada 89074

**DISPOSITION**
- 19a. BURIAL, CREMATION, REMOVAL, OTHER: Cremation
- 19b. CEMETERY OR CREMATORY - NAME: Palm Crematory
- 19c. LOCATION: Las Vegas Nevada 89101
- 20a. FUNERAL DIRECTOR - SIGNATURE: NAOMI VALDEZ SIGNATURE AUTHENTICATED
- 20b. FUNERAL DIRECTOR LICENSE NUMBER: FD896
- 20c. NAME AND ADDRESS OF FACILITY: Palm Mortuary-Eastern, 7600 S Eastern Las Vegas NV 89123

**CERTIFIER**
- 21a. SIGNATURE: BASSAM SAID ALOWIR MD SIGNATURE AUTHENTICATED
- 21b. DATE SIGNED: February 01, 2018
- 21c. HOUR OF DEATH: 21:57
- 22b. DATE SIGNED: 
- 22c. HOUR OF DEATH: 
- 22d. PRONOUNCED DEAD: 
- 23a. NAME AND ADDRESS OF CERTIFIER: Bassam Said Alowir MD  10120 S Eastern Ave Henderson, NV 89052
- 23b. LICENSE NUMBER: 10605

**REGISTRAR**
- 24a. REGISTRAR (Signature): NANCY BARRY SIGNATURE AUTHENTICATED
- 24b. DATE RECEIVED BY REGISTRAR: February 01, 2018
- 24c. DEATH DUE TO COMMUNICABLE DISEASE: NO [X]

**CAUSE OF DEATH**
- 25. IMMEDIATE CAUSE
  - (a) Respiratory Failure
  - (b) Septic Shock
  - (c) Pneumonia
  - (d) Chronic Obstructive Pulmonary Disease
- PART II OTHER SIGNIFICANT CONDITIONS: Rheumatoid Arthritis
- 26. AUTOPSY: No
- 27. WAS CASE REFERRED TO CORONER: No

LOCAL REGISTRAR

"CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE WITH THE REGISTRAR OF VITAL STATISTICS, STATE OF NEVADA." This copy was issued by the Southern Nevada Health District from State certified documents authorized by the State Board of Health pursuant to NRS 440.175.

Registrar of Vital Statistics  By: Mary Watson

DATE ISSUED: FEB 0 2 2018

This Copy not valid unless prepared on engraved border displaying date, seal and signature of Registrar.
SOUTHERN NEVADA HEALTH DISTRICT • P.O. Box 3902 • Las Vegas, NV 89127 • 702-759-1010 • Tax ID # 88-0151573

VRS-Rev-20120523a




515224