UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LYNN TRAVERS,<br><br>                    Plaintiff,<br>v.<br>STATE COLLECTION SERVICE, INC. et al.,<br><br>                    Defendants. | Case No. 2:16-cv-01848-RFB-PAL<br><br>ORDER<br><br>(Mot Subst Party – ECF No. 131) |

Before the court is the Motion for Substitution (ECF No. 131). No opposition has been filed and the time for filing an opposition has expired.

On March 19, 2018, counsel for plaintiff learned that plaintiff passed away on January 24, 2018. Plaintiff's counsel filed a Notice of Suggestion of Death (ECF Nos. 126, 128) on March 22, 2018, and on March 28, 2018, the undersigned gave plaintiff's counsel 60 days to substitute a real party in interest. On April 20, 2018, the Clark County District Court entered its order granting petition for issuance of letters or administration under summary administration appointing Toni Goz, plaintiff's sister and only living heir, as the administrator of plaintiff's estate with the express authority to substitute into any and all lawsuits to which plaintiff was a party, including the instant action. The motion seeks to substitute Toni Goz, as the personal representative of plaintiff on behalf of plaintiff's estate in this action. For good cause shown,

**IT IS ORDERED** that the Motion for Substitution (ECF No. 131) is **GRANTED**.

DATED this 18th day of May, 2018.

                                                                                                 _____
                                                                                                 PEGGY A. LEEN
                                                                                                 UNITED STATES MAGISTRATE JUDGE